# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3192
Lower Tribunal No. 93-CF-002599-B

_____

JONATHAN SHORTRIDGE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Robert Branning, Judge.

July 22, 2025

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and MIZE, JJ., concur.


Blair Allen, Public Defender, and Maureen E. Surber, Assistant Public Defender, Bartow, for Appellant.

Jonathan Shortridge, Blountstown, pro se.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED